**No. 63388.**—James Ferrera & Sons, Inc. *v.* United States, protest 59/4186 (Boston).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63389.**—Dolliff & Company *v.* United States, protest 59/4189 (Boston).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63390.**—J. W. Lewis *v.* United States, protests 277838–K, etc. (Laredo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

SEPTEMBER 21, 1959

**No. 63391.**—SUIT 4957.—United States *v.* Rosenthal Bercow Co., Inc., and H. A. Gogarty, Inc.——C.D. 1960 reversed July 7, 1959. C.A.D. 713.

**No. 63392.**—SUIT 4962.—S. S. Kresge Co. et al. *v.* United States.—
—C.D. 1974 affirmed May 22, 1959. C.A.D. 707.

BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1959

**No. 63393.**—Burleigh Brooks, Inc., et al. *v.* United States, protests 58/8544, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of Abstract 61107, the claim of the plaintiffs was sustained.